**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANTE DESHAWN MOORE,

     Petitioner,

v.                              Case No. 2:12-cv-14679

JOE BARRETT,

     Respondent,

_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying the Petition for Writ of

Habeas Corpus . . .," dated October 14, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Respondent Joe Barrett and against Petitioner Dante Deshawn Moore.  Dated at

Detroit, Michigan, this 14th day of October, 2016.

                                DAVID J. WEAVER
                                CLERK OF THE COURT

                                 S/Lisa Wagner
                           By:  Lisa Wagner, Case Manager
                              to Judge Robert H. Cleland